IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

JENNIFER PISCITELLI,

                Plaintiff,

                                                Civil Action No. 5:08-CV-1264

   vs.

COUNTY OF ONONDAGA, *et al.*,

                Defendants.
_____

APPEARANCES:                           OF COUNSEL:

Office of Karen A. Vedder          Karen A. Vedder, Esq.
121 Marvelle Road
Fayetteville, New York 13066
*Attorney for Plaintiff*

Onondaga County Department of Law    Carol L. Rhinehart, Esq.
John H. Mulroy Civic Center
421 Montgomery Street
10th Floor
Syracuse, New York 13202
*Attorney for Defendant*

**Norman A. Mordue, Chief Judge U.S. District Judge**

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

      Pursuant to a letter filed July 17, 2009 by Carol Rhinehart, Esq., the parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED that the above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and it further

ORDERED that the dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> a party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated.

IT IS SO ORDERED

Date: July 29, 2009

_____
Norman A. Mordue
Chief United States District Court Judge